# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

RONNIE BROWN,

    Petitioner,

vs.

JAMES V. CROSBY, Secretary of
of Florida Department of Corrections,
and THURBERT E. BAKER, Attorney
General of Georgia,

    Respondents.

CIVIL ACTION NO.: CV205-111

## ORDER

Petitioner, an inmate at Mayo Correctional Institution in Mayo, Florida, seeks to file this 28 U.S.C. § 2254 *habeas corpus* petition *in forma pauperis*. Petitioner seeks to contest a conviction obtained in the Superior Court of Cook County, Georgia. Cook County, Georgia, is within the Middle District of Georgia.

It is the practice of this Court to transfer a Section 2254 case to the district in which the original criminal proceedings were conducted. Therefore, IT IS HEREBY ORDERED that the captioned action is TRANSFERRED to the United States District Court for the Middle District of Georgia, Valdosta Division, for further consideration.

SO ORDERED, this 3rd day of June, 2005.

JUDGE, UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)

# United States District Court
## Southern District of Georgia

BROWN )

vs ) CASE NUMBER CV205-111

CROSBY, ET AL ) DIVISION BRUNSWICK

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1. Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2. That the aforementioned enveloped contained a copy of the document dated 6/3/05 , which is part of the official record of this case.

Date of Mailing: 6/3/05

Date of Certificate ☒ same date, or _____

Scott L. Poff, Clerk

By: _____
Sherry Taylor, Deputy Clerk

**Name and Address**

Ronnie Brown, 117014, May CL 8784 West US 27, Mayo, FL 32066
USDC, Valdosta

☐ Copy placed in Minutes
☒ Copy given to Judge
☐ Copy given to Magistrate